UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of

THE DEPOSIT GUARANTEE FUND (UKRAINE),

For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/19/2022_

21 Misc. 203 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On April 21, 2021, the Court granted Applicant's petition to conduct discovery pursuant to 28 U.S.C. § 1782 and ordered that "[e]very thirty days, Applicant shall file a status letter with the Court describing the status of its subpoenas and whether discovery is sufficiently complete to permit service on the potential defendants and certain individuals and entities associated with the potential defendant."  ECF No. 7.  The most recent status letter was filed on November 18, 2022.  ECF No. 30.  That submission is now overdue.  Accordingly, the parties shall submit a status letter to the Court by **December 23, 2022**, and **every thirty days thereafter**.

      SO ORDERED.

Dated:  December 19, 2022
       New York, New York

ANALISA TORRES
United States District Judge